NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CELLECTIS,**
*Appellant*

**v.**

**SEATTLE CHILDREN'S RESEARCH INSTITUTE,**
*Appellee*

_____

2019-1664

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 106,052.

_____

## JUDGMENT

_____

SALVATORE J. ARRIGO, III, Arrigo, Lee & Guttman LLP, Washington, DC, argued for appellant.  Also represented by HARRY JOEL GUTTMAN, SCOTT M. K. LEE.

EDWARD ANTHONY FIGG, Rothwell, Figg, Ernst & Manbeck, PC, Washington, DC, argued for appellee.  Also represented by SETH EDWARD COCKRUM, SHARON E. CRANE, ROBERT DANNY HUNTINGTON.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* CLEVENGER and MOORE, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 10, 2020          /s/ Peter R. Marksteiner
Date                    Peter R. Marksteiner
                        Clerk of Court